UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) No. 3:03-00039-2 |
| | ) CHIEF JUDGE HAYNES |
| MARQUIS DUNN | ) |

## MOTION TO SCHEDULE REVOCATION HEARING

COMES Marquis Dunn, through counsel, and respectfully moves the Court to schedule a revocation hearing in this matter. Mr. Dunn is currently serving a state sentence and has a parole eligibility date. Mr. Dunn desires to resolve the federal revocation proceedings as promptly as possible. The parties have conferred and are both available for a revocation hearing on September 20, 2013 at the convenience of the Court.

Respectfully submitted,

/s/ *Ronald C. Small*
RONALD C. SMALL (BPR#023150)
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047
E-mail: ron_small@fd.org

Attorney for Marquis Dunn

## CERTIFICATE OF SERVICE

I hereby certify that on September 10, 2013, I electronically filed the foregoing *Motion to Schedule Revocation Hearing* with the clerk of the court by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: Sunny A.M. Koshy, Assistant United States Attorney, 110 Ninth Avenue South, Suite A961, Nashville, TN 37203 and by e-mail upon Jon Hahn, Senior U.S. Probation Officer, 304 U. S. Courthouse, 817 South Garden Street, Columbia, TN 38401.

/s/ *Ronald C. Small*
RONALD C. SMALL