UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v.    ) | No. 3:03-00039-2 |
| ) | CHIEF JUDGE HAYNES |
| ) | |
| MARQUIS DUNN ) | |

## ORDER

Pending before the Court is a petition filed by the United States Probation Officer reporting that the defendant, Marquis Dunn, has violated the following condition of his supervised release ordered by the Court on September 1, 2005. (D.E. 129).

> On March 21, 2012, Marquis L. Dunn was arrested by the Metropolitan Police Department, Nashville, Tennessee for a felony drug offense, case number GS577842. Mr. Dunn was convicted and is currently serving this State sentence in the Tennessee Department of Corrections.

The defendant admits to the violation as alleged in the petition. The parties, including the United States Probation Office, have agreed that the defendant's conditions of supervised release be REVOKED and he is HEREBY sentenced to a term of imprisonment of 13 months to be served CONSECUTIVELY to the State sentence he is currently serving. Upon completion of his term of imprisonment in the Bureau of Prisons, no further supervision shall follow. It is FURTHER ORDERED that the defendant shall be returned to State custody pending any further orders of the Court.

IT IS SO ORDERED.

ENTERED this 20th day of September, 2013.

WILLIAM J. HAYNES, JR.
CHIEF UNITED STATES DISTRICT JUDGE

Approved:

**/s *Ronald C. Small***
RONALD C. SMALL
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047
Attorney for Marquis Dunn


DAVID RIVERA
United States Attorney for the
Middle District of Tennessee


**/s *Philip H. Wehby for***
SUNNY A.M. KOSHY
Assistant U.S. Attorney
110 Ninth Avenue South, Suite A-961
Nashville, TN 37203
615-736-5151
Attorney for the United States